## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 8:21CR226 |
| vs. | ) ) | ORDER |
| JOSHUA ALEXANDER MEDINA<br>Defendant. | ) ) ) ) | |

This matter is before the court on defendant's Motion to Continue Trial [49]. Counsel requests additional time to complete plea negotiations. Accordingly,

**IT IS ORDERED** that the Motion to Continue Trial [49] is granted, as follows:

1. The jury trial now set for March 15, 2022, is continued to **May 17, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 17, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: February 28, 2022**

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge